IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT 12 CV 05581

KEVIN SMALLS,

COMPLAINT

PLAINTIFF,

V.

THE CITY OF NEW YORK

CIVIL ACTION NO.

THE NEW YORK CITY POLICE DEPT.

SGT. JOHN DOE # ONE

OFFICER JOHN DOE #TWO

JURY TRIAL DEMANDED

INFORMANT JOHN DOE # THREE

DEFENDANT,

RECEIVED
JUL 16 2012
PRO SE OFFICE

## I. COMPLAINT

1.     PLAINTIFF, KEVIN SMALLS, PRO SE, FOR HIS

COMPLAINT STATE AS FOLLOWS:

### II. PARTIES, JURISDICTION, AND VENUE

2.     PLAINTIFF KEVIN SMALLS IS CURRENTLY CONFINED
AT ULSTER CORR. FACILITY, LOCATED AT P.O. BOX 800
NAPANOCH, N.Y. 12458. BUT THE EVENTS TOOK PLACE
IN THE BRONX. (NEW YORK)

3.     DEFENDANTS, THE CITY OF NEW YORK IS AT
ALL RELEVANT TIMES HEREIN A MUNICIPAL CORPORA-
TION OF THE (CITY/STATE) OF NEW YORK.

4.     DEFENDANT, SGT. JOHN DOE # ONE WAS AT
ALL RELEVANT TIME A SGT. EMPLOYED BY THE NEW
YORK CITY POLICE DEPARTMENT, LOCATED IN THE
BRONX. ( 41 ST. PRECINCT )

5.     DEFENDANT, OFFICER JOHN DOE #TWO, SHIELD # AND OR I.D.# 932291, WAS AT All RELEVANT TIME EMPLOYED FOR THE NEW YORK CITY POLICE DEPARTMENT LOCATED IN THE BRONX. (41st. PRE-CINCT)

6.     DEFENDANT, JOHN DOE # THE INFORMANT KNOWN TO THE BE1 PLAINTIFF AS "CARLOS" WAS AT All RELEVANT TIME WORKING FOR THE NEW YORK CITY POLICE DEPARTMENT LOCATED IN THE BRONX (41 ST. PRECINCT)

7.     THIS ACTION ARISES UNDER AND BROUGHT PURSUANT TO 42 U.S.C. SECTION 1983 TO REMEDY THE DEPRIVATION, UNDER COLOR OF STATE LAW OF RIGHTS GUARANTEED BY THE AMENDMENT TO THE UNITED STATES CONSTITUTION. THIS COURT HAS JURISDICTION OVER THIS ACTION PURSUANT TO 28 U.S.C. SECTION 1331 AND 1343.

## STATEMENT OF CLAIM

8.     AT All TIME RELEVANT HEREIN, THE DEFEND-ANTS WERE "PERSONS" FOR PURPOSE UNDER 42 U.S.C. SECTION 1983 AND ACTED UNDER COLOR OF LAW TO DEPRIVE PLAINTIFF OF HIS CON-STITUTIONAL RIGHTS, AS SET FORTH MORE FULLY BELOW:

9.          THE NATURE OF PLAINTIFF CLAIM IS FOR FALSE ARREST, FALSE IMPRISONMENT, MALICIOUS PROSECUTION, AND DESTRUCTION OF PERSONAL PROPERTY.

10.          ON OR ABOUT, AUGUST OF 2011, THE DEFENDANT JOHN DOE # THREE INFORMANT (KNOWN TO THE PLAINTIFF AS CARLOS) AND THE PLAINTIFF HAD A VERBAL DISPUTE. FOR THE DEFENDANT (JOHN DOE #THREE) KNEW EACH OTHER FOR QUITE SOMETIME.

11.          HOWEVER, BACK IN 1994, SAID DEFENDANT HAD COOPERATED WITH THE AUTHORITIES ON A ROBBERY CASE WHICH RESULTED IN TWO INDIVIDUALS GOING TO PRISON. (ONE TO SING-SING, WHERE THE PLAINTIFF SERVED TIME IN 1994)

12.          A RUMOR HAD EMERGED IN THE COMMUNITY WHICH LABELED THE DEFENDANT A "SNITCH". AND BECAUSE THE PLAINTIFF WAS AWARE OF DEFENDANT JOHN DOE# THREE'S PAST, HE ASSUMED THAT THE PLAINTIFF WAS THE SPONSOR OF SUCH RUMOR AND THREATEN THE PLAINTIFF WITH UTILIZING HIS RESOURCES TO SEND THE PLAINTIFF BACK TO JAIL. (EMPHASIS ADDED)

13.     IRONICALLY, ON ~~SEP~~ SEPTEMBER 7TH, 2011 WHILE THE PLAINTIFF WAS AT HIS EX-GIRLFRIEND'S RESIDENTS, (AUDRINA) LOCATED AT 753 FOX ST. IN THE BRONX AT APPROXIMATELY 4:30 A.M. THE DEFENDANTS, SGT. JOHN DOE #ONE, OFFICER JOHN DOE #TWO, AND THE NEW YORK CITY POLICE DEPT. CAME ~~CHR~~ CRASHING INTO THE APARTMENT UNLAWFULLY AND WITHOUT PROBABLE CAUSE AND ARRESTED THE PLAINTIFF, AUDRINA JONES, AUTHOR ~~JOHN~~ JONES, AND SHANIECE EDWARDS.

14.     .AFTER SAID ARREST, AND THE ABOVE PARTIES WERE UNLAWFULLY DETAINED, THE DEFENDANTS TOOK THEM AGAINST THEIR OWN WILL TO THE 41ST. PRECINCT AND A SEARCH OF THE RESIDENTS WAS CONDUCTED AND THE PLAINTIFF AND CO-DEFENDANTS WERE CHARGED WITH THE FOLLOWING:

- PENAL LAW SECTION, 220.16 SUB. I CRIM. POSS. CONT. (INTENT)
- PENAL LAW SECTION, 220.16 CRIM. POSS. CONT. 3d (INTENT TO SALE 3d)
- PENAL LAW SECTION, 220.03, CRIM. POSS. CONT. (7TH DEGREE)
- PENAL LAW SECTION, 220.50, CRIM. USE DRUG PARA. (SUB 2-2ND DEGREE)

— PENAL LAW SECTION, 221.05 UNLAWFUL POSS. MAR.
( VIOLATION )

— GENERAL VIOLATION OF LOCAL LAW
( CLASS U MISD.)

THE ARREST NUMBER # B11670873, OFFICER
I.D. # 932291, TRACKING NUMBER # 650265280

15.     WHILE IN THE BULLPEN AT THE 41 ST PRE-
CINCT, THE DEFENDANTS SGT. JOHN DOE # ONE
AND OFFICER JOHN DOE # TWO TOOK THE PLAIN-
TIFF FROM THE BULLPENS, TO AN OFFICE ~~THERE~~
WHERE THEY QUESTIONED THE PLAINTIFF ABOUT
NUMEROUS HOMICIDES AND INDIVIDUALS IN THE
NEIGHBORHOOD. THEN, THE DEFENDANT, JOHN
DOE # TWO ASKED THE PLAINTIFF ABOUT " AN
ARGUMENT HE HAD WITH A GOOD FRIEND OF HIS
THIS PAST SUMMER ? "

16.     " IMMEDIATELY", AND "OBVIOUSLY" THE PLAIN-
TIFF HAD PICKED UP ON ~~WHAT~~ THE DEFENDANT
WAS INFERRING. AND REALIZE AT THIS POINT
THAT THE DEFENDANT ~~_____~~ JOHN DOE #
THREE (CARLOS) HAD MADE TRUE ON HIS
PROMISE OF SENDING THE PLAINTIFF TO
PRISON. BY FEEDING THE NEW YORK POLICE
DEPARTMENT FRIVILOUSLY INFORMATION.
( EMPHASIS ADDED )

17. .     .AS OF MAY 31st, 2012, "All" CHARGES WERE DISMISSED AGAINST THE PLAINTIFF DUE TO A LACK OF EVIDENCE, AND THE CONSPIRACY HEREIN WAS SO APPARENT, THAT THE PLAINTIFF COULD GUARANTEED THAT IF A IN HOUSE CAMERA REVIEW OF THIS CASE IS CONDUCTED, YOU WILL SEE THAT THE INFORMANT HEREIN ■IS A HISPANIC MALE NAME CARLOS, WHO OBVIOUSLY SUPPLIED THE NEW YORK CITY POLICE DEPARTMENT WITH FRIVILOUS INFORMATION TO SOLIDIFY AN ARREST AGAINST THE PLAINTIFF,

18.     MOREOVER, THE DEFENDANTS (THE NEW YORK CITY POLICE DEPARTMENT) HAD DESTROYED "EVERYTHING" DURING THE SEARCH OF THE RESIDENT, AND AS A RESULT OF THEIR ACTIONS, THEY DISTROYED THE FOLLOWING STUDIO EQUIPMENT OWNED BY THE PLAINTIFF:

<u>EQUIPMENT DAMAGED</u>

- <u>AKAI M.P.C. 4000</u> = SAMPLER MACHINE
  $3,200.00
- <u>ROLAND - X7 PHANTOM</u> WORKSTATION
  $3,000.00
- <u>YAMAHA - MOTIF</u> (88 KEYS) WORKSTATION
  $3,500.00
- <u>APPLE MACBOOK</u> LAPTOP
  $1,000.00
- <u>(2) XB SPEAKER MONITORS</u>
  $500.00

19.    THE ACTS OF THE DEFENDANTS HEREIN WERE DONE WITH PURPOSE AND INTENT OF DEPRIVING PLAINTIFF OF HIS RIGHT TO BE "FREE" FROM UNREASONABLE SEIZURE SECURED TO HIM UNDER THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND HIS RIGHT NOT TO BE DEPRIVED OF LIBERTY WITHOUT DUE PROCESS OF LAW IN VIOLATION OF THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

20.    THAT SOLELY AS A RESULT OF THE ACTS OF THE DEFENDANT HEREIN, PLAINTIFF SUSTAINED SERIOUS PERSONAL ~~INJURIES~~ INJURIES AND HAD SUFFERED MENTAL ANGUISH.

21.    THAT SOLELY AS A RESULT OF THE DEFENDANTS ACTIONS, PLAINTIFF HAS SUSTAINED DAMAGES IN THE SUM OF $150,000.00

## SECOND CAUSE OF ACTION

22.    THAT THE PLAINTIFF REPEATS AND REITERATES EACH AND EVERY ALLEGATION CONTAINED IN PARAGRAPHS 1-20 OF THE COMPLAINT AS IF MORE FULLY SET FORTH AT LENGTH HEREIN.

23. THE ACTS, CONDUCT AND BEHAVIORS OF THE DEFENDANTS WERE PERFORMED KNOWINGLY, INTENTIONALLY AND MALICIOUSLY, BY REASON OF WHICH PLAINTIFF IS ENTITLED TO PUNITIVE DAMAGES IN THE SUM OF $250,000.00 EACH DEFENDANT.

WHEREFORE, PLAINTIFF DEMANDS JUDGMENT AGAINT THE DEFENDANT HEREIN IN THE SUM OF $150,000.00 IN THE FIRST CAUSE OF ACTION TOGETHER WITH ANY OTHER RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

*Kevin Smalls*

PRO SE

KEVIN SMALLS
#12-R-2106
ULSTER CORR. FACILITY
P.O. BOX
NAPANOCH, N.Y. 12458

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK  )
                   ) ss.::
COUNTY OF <u>ULSTER</u>  )


I, <u>KEVIN SMALLS</u>, being duly sworn, deposes and says:

That I have on this <u>THURS</u>day of <u>July 12</u>, 20<u>12</u>, placed and submitted the within moving papers, in the nature of _____
<u>U.S. MAIL BOX IN ULSTER CORR. FACILITY</u>
<u>        ( 42. U.S.C. 1983 CLAIM )</u>,
in the designated mail depository within the Ulster Correctional Facility, to be duly mailed via the United States Postal Service, through the Institutional Mailroom, to the following concerned parties:

<u>THE PRO SE OFFICE</u>      _____
<u>SOUTHERN DISTRICT</u>       _____
<u>500 PEARL ST</u>            _____
<u>NEW YORK, N.Y 10007</u>     _____

_____      _____
_____      _____
_____      _____

DISTRIBUTION: ORIGINAL & 1 COPY TO CLERK OF THE COURT. / 1 COPY TO DISTRICT ATTORNEY

Respectfully,

_Kevin Smalls_

Mr.
DIN:
Ulster C.F.
P.O. Box 800
Napanoch, NY 12458

SWORN TO BEFORE ME THIS
<u>11</u> DAY OF <u>July</u>, 20<u>12</u>

_____
N O T A R Y   P U B L I C

**JAMES A. ROBERTS**
Notary Public, State of New York
No. 01RO6221799
Qualified in Sullivan County
Commission Expires _6/7/14_



Kevin Smalls #12-R-2106
Ulster Corr. Facility
P.O. Box 500
Napanoch, N.Y. 12458

$ 01.30°
JUL 12 2012
MAILED FROM ZIP CODE 12458

ULSTER
CORRECTIONAL FACILITY

USM ps SDNY

RECEIVE
JUL 16 2012
PRO SE OFFICE

To: The United States District Court
of the Southern District
(Pro Se Office)
500 Pearl Street
New York, N.Y. 10007

LEGAL MAIL